# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KENNETH JOHNSON and JACQUELYN JOHNSON**, as Co-Administrators for and on Behalf of the Estate of **KENDRICK LAMAR JOHNSON, a Minor**,<br><br>Plaintiffs,<br><br>v.<br><br>**BRIAN BELL, et al.,**<br><br>Defendants. | Civil Action No. 7:20-CV-4 (HL) |

## ORDER

Plaintiffs Kenneth Johnson and Jacquelyn Johnson, as Co-Administrators for and on Behalf of the Estate of Kendrick Lamar Johnson, their minor son, filed a Complaint in this Court on January 4, 2020. (Doc. 1). Plaintiffs waited just shy of three months before requesting that summons issue for each Defendant on March 3, 2020. (Doc. 2-6). As of this date, the docket reflects that Plaintiffs have not yet served Defendants pursuant to Federal Rule of Civil Procedure 4(m).

Plaintiffs are hereby directed to show good cause, in writing, not later than June 8, 2020, why this case should not be dismissed for failure to effect timely service. Failure to respond to this Order will result in dismissal without prejudice of Plaintiff's claims against Defendants.

**SO ORDERED**, this 1st day of June, 2020.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks