IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Co-Administrators for and on Behalf of the Estate of Kendrick Lamar Johnson, A Minor, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION<br>) NO.: 7:20-cv-00004-HL |
| BRIAN BELL, ET AL. | )<br>) |
| Defendants. | ) |

**DEFENDANTS WESLEY "WES" TAYLOR AND LOWNDES COUNTY SCHOOL DISTRICT'S MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE**

COME NOW Defendants Wesley "Wes" Taylor ("Taylor") and Lowndes County School District (the "School District") (collectively "these defendants"), by way of special appearance and without waiving and specifically reserving all defenses available to them, and file this motion pursuant to Federal Rule of Civil Procedure 12(b) and 4(m) and Local Rule 7.1, requesting that the Court dismiss plaintiffs' complaint (Doc. 1) against them.

In support of this motion, these defendants rely on the arguments and citations to authority presented in the accompanying memorandum of law, which these defendants have filed contemporaneously with this motion. As shown in the memorandum of law, these defendants' motion should be granted.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

- 2 -

                                        A. Ali Sabzevari
                                        Georgia Bar No. 941527
                                        asabzevari@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

                                        */s/ L. Warren Turner, Jr.*
                                        L. Warren Turner, Jr.
                                        Georgia Bar No. 719491
                                        warren@lwturnerlaw.com

P.O. Box 157
Valdosta, GA 31603
(229) 247-5005 (telephone)
(229) 247-6657 (facsimile)

                                        *Attorneys for Defendants Wesley "Wes" Taylor and Lowndes County School District*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS WESLEY "WES" TAYLOR AND LOWNDES COUNTY SCHOOL DISTRICT'S MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following:

| | |
|---|---|
| Chevene B. King, Jr.<br>The C.B. King Law Firm<br>PO Drawer 3468<br>Albany, Georgia 31706 | James L. Elliott<br>Elliott, Blackburn & Gooding, PC<br>3016 North Patterson Street<br>Valdosta, Georgia 31602 |
| Patrick O' Conner<br>Paul Threlkeld<br>Oliver Manner, LLP<br>P.O. Box 10186<br>Savannah, Georgia 31412 | Timothy M. Tanner<br>Coleman Talley LLP<br>910 N. Patterson Street<br>Valdosta, Georgia 31602 |
| | John Gee Edwards<br>Attorney at Law<br>108 East Valley Street<br>Valdosta, Georgia 31601 |

This 25th day of June, 2020.

/s/ Wayne S. Melnick
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
16690002