# Exhibit A

## IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

2016 MAR -1 PM 3:01

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) | |
| Plaintiffs, | ) | |
| CABLE NEWS NETWORK, INC., | ) | CIVIL ACTION FILE |
| Intervenor | ) | NO: **2013-CV-1230** |
| vs. | ) | |
| CHRIS PRINE, as Sheriff of Lowndes County, Georgia, as well as, in his individual capacity capacity, and LOWNDES COUNTY SCHOOL DISTRICT, | ) | |
| Defendants. | ) | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March, 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that I have served VOLUNTARY DISMISSAL WITHOUT PREJUDICE by U.S. Mail on the following counsel of record:

        James L Elliott
        Elliott, Blackburn & Gooding, PC
        3016 N. Patterson Street
        Valdosta, GA 31602

        L. Warren Turner, Jr.
        Post Office Box 157
        Valdosta, GA 31603

        Wayne S. Melnick
        Freeman Mathis & Gary
        100 Galleria Pkwy., S.E.
        Suite 1600
        Atlanta, GA 30339-5948

This 1st day of March, 2016.

        THE C.B. KING LAW FIRM

        BY: _____
        Chevene B. King, Jr.
        Attorney for Plaintiffs
        State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2015 NOV -2 PM 1: 53

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Personal Representatives of Kendrick Lamar Johnson, et al., | CIVIL ACTION |
| Plaintiffs, | FILE NO. :2014-CV-997 |
| vs. | |
| THE LOWNDES COUNTY SCHOOL DISTRICT; FRED WETHERINGTON, individually and in his official capacity; WES TAYLOR, individually and in his official capacity as Superintendent; and JAY FLOYD, individually and in his official capacity as Principal of Lowndes High School, | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, by and through their attorney of record, and dismiss their complaint against each of the above-named defendants without prejudice.

This 2nd day of November, 2015.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr., Esq.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the following counsel of record, via email and U.S. Mail to:

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, Ga 31603-0157

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, Ga 30339-5948

This 2nd day of November, 2015.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs
Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM
P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*

IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2015 NOV -2 PM 3:18

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | * | CIVIL ACTION |
| Plaintiffs, | * | |
| vs. | * | FILE NO.: 2014-CV-1592 |
| | * | |
| THE LOWNDES COUNTY SCHOOL DISTRICT; FRED WETHERINGTON, individually and in his official capacity; MIKE DAVIS, individually and in his official capacity; FRED DAVIS, individually and in his official capacity; BRIAN BROWNING, individually and in his official capacity; JASON WISENBAKER, individually and in his official capacity; DAVE CLARK, individually and in his official capacity; PHILIP POOLE, individually and in his official capacity; WES TAYLOR, individually and in his official capacity as Superintendent; and JAY FLOYD, individually and in his official capacity as Principal of Lowndes High School, | * * * * * * | **JURY TRIAL DEMANDED** |
| Defendants. | | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, by and through their attorney of record, and dismiss their complaint against each of the above-named defendants without prejudice.

This 2nd day of November, 2015.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr., Esq.
Attorney for Plaintiffs

Prepared by:

Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524
State Bar No.: 420105

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the following counsel of record, via email and U.S. Mail to:

L. Warren Turner, Jr.  
P.O. Box 157  
Valdosta, Ga 31603-0157

Wayne S. Melnick  
FREEMAN MATHIS & GARY  
100 Galleria Pkwy. S.E. Ste. 1600  
Atlanta, Ga 30339-5948

This 2nd day of November, 2015.

Chevene B. King, Jr.  
Georgia Bar No. 420105  
Attorney for Plaintiffs  
Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM  
P.O. Box 3468  
Albany Ga 31706-3468  
(229) 436-0524 / (229) 883-6382 (fax)  
*thecbkinglawfirm@bellsouth.net*

# IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION |
| BRANDON BELL, et al., | ) FILE NO. **2015 CV 706** |
| Defendants. | ) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the Voluntary Dismissal Without Prejudice to the following counsel of record, via United States Mail, properly addressed with sufficient postage affixed thereon:

Patrick T. O'Connor
Paul H. Threlkeld
Lauren E. H. Meadows
OLIVER MANER, LLP
P. O. Box 10186
Savannah, GA 31412
*pto@olivermaner.com*

Mark Glidewell
BRANNEN, SEARCY & SMITH LLP
P.O. Box 8002
Savannah, GA 31412
*mglidewell@brannenlaw.com*

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, GA 31603-0157
*warren@lwturnerlaw.com*

James Elliott
ELLIOTT, BLACKBURN & GOODING, P.C.
3016 N. Patterson St.
Valdosta, GA 31602-1711
*jelliott@ebbglaw.com*

John Gee Edwards
108 East Valley St.
Valdosta, GA 31601
*johngeeedwards@gmail.com*

M. Brice Ladson
LADSON LAW FIRM, P.C
P.O. Box 2819
Richmond Hill, GA 31324
*mbrice@ladsonlaw.com*

George T. Talley
Timothy M. Tanner
COLEMAN TALLEY, LLP
P.O. Box 5437
Valdosta, GA 31603-5437
*george.talley@colemantalley.com*

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, GA 30339-5948
*wmelnick@fmglaw.com*

Ronald S. Boyter, Jr.
OFFICE OF THE ATTORNEY GENERAL, STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, GA 30334
*rboyter@law.ga.gov*

This _1_ day of _March_, 2016.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs

P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*