# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Co-Administrators for and on Behalf of the Estate of Kendrick Lamar Johnson, A Minor, <br><br>Plaintiffs, <br><br>v. <br><br>BRIAN BELL, ET AL. <br><br>Defendants. | CIVIL ACTION <br> NO.: 7:20-cv-00004-HL |

## DECLARATION OF TERRI WELDEN

1.

My name is Terri Welden. I am over the age of eighteen (18) years and am suffering under no legal disability that would prevent me from providing this declaration made pursuant to 28 U.S.C. § 1746. I make this declaration having personal knowledge of the facts stated herein, and with the understanding that it will be used in the above-styled action.

2.

I am the Administrative Assistant to the Superintendent of the Lowndes County School System, Wes Taylor.

3.

On June 8, 2020, a man who stated that his name was Clennon King provided me with two documents. I later discovered that the documents were a summons and complaint for the above-referenced matter for Wes Taylor and the Lowndes County School District.

EXHIBIT C

- 1 -

- 2 -

4.

I am not authorized to accept service of legal process on behalf of Wes Taylor or the Lowndes County School District.

5.

I have never been authorized to accept service of legal process on behalf of Wes Taylor or the Lowndes County School District.

Executed under penalty of perjury on this 16th of June, 2020.

_____
TERRI WELDEN