# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Co-Administrators for and on Behalf of the Estate of Kendrick Lamar Johnson, A Minor, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 7:20-cv-00004-HL |
| BRIAN BELL, ET AL. ) ) | |
| Defendants. ) | |

## DEFENDANTS CHRIS PRINE, STRYDE JONES AND LOWNDES COUNTY'S MOTION TO DISMISS
## BY WAY OF SPECIAL APPEARANCE

COME NOW Defendants Chris Prine (Prine), Stryde Jones (Jones) and Lowndes County (the County) (collectively "these defendants"), by way of special appearance and without waiving and specifically reserving all defenses available to them, and pursuant to Federal Rules of Civil Procedure 12(b) and 4(m) and Local Rule 7.1, file this Motion to Dismiss plaintiffs' complaint (Doc. 1), showing the Court as follows:

In support of this motion, these defendants rely on the arguments and citations to authority presented in the accompanying memorandum of law filed herewith as well as the memorandum of law (Doc. 9-1) filed by defendants Wesley Taylor and the Lowndes County School District. As shown in those memoranda of law, these defendants' motion should be granted.

This 29th day of June, 2020.

[signature on following page]

- 1 -

                                      /s/James L. Elliott
                                      State Bar No. 244244
                                      Attorney for Chris Prine, Stryde Jones and
                                      Lowndes County, Georgia

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA  31602
Phone:  229-242-3333
Fax:  229-242-0696
jelliott@ebbglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a copy of the foregoing upon all parties to this action by filing the same with the Court's CM/ECF system and/or mailing the same as follows:

CHEVENE B. KING, JR.
POST OFFICE DRAWER 3468
ALBANY, GA 31706

LOYCE WARREN TURNER , JR.
PO BOX157
VALDOSTA, GA 31603

WAYNE S MELNICK
ARASH ALI SABZEVARI
100 GALLERIA PKWY STE 1600
ATLANTA, GA 30339-5948

    This 29th day of June, 2020.

                                        /s/ James L. Elliott
                                        James L. Elliott
                                        GA Bar No. 244244