IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Co-Administrators for and on Behalf of the Estate of deceased KENDRICK LAMAR JOHNSON, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN BELL; BRANDON BELL; RICHARD BELL; LOWNDES COUNTY SCHOOL DISTRICT; CHRIS PINE; WESLEY TAYLOR; STRYDE JONES; STEPHEN WESLEY OWENS; LOWNDES COUNTY GEORGIA; RODNEY BRYAN; and DR. MARYANNE GAFFNEY-KRAFT,<br><br>Defendants. | Civ Act. No.: 7:20-cv-00004-HL |

**DEFENDANTS BRIAN BELL, BRANDEN BELL, AND RICHARD BELL'S MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE**

COME NOW Defendants Brian Bell, Branden Bell (incorrectly identified as "Brandon Bell"), and Richard Bell (collectively "these Defendants"), by way of special appearance, without waiving and specifically reserving all defenses available to them, pursuant to Federal Rule of Civil Procedure 12(b) and 4(m) and Local Rule 7.1, and file their motion to dismiss, requesting that the Court dismiss all Plaintiffs' claims against them.

In support of this motion, these Defendants rely on the arguments and citations to authority set forth in their Brief in Support of Defendants Brian Bell, Branden Bell, and Richard Bell's Motion to Dismiss by Way of Special Appearance, which these Defendants filed contemporaneously with this motion. As shown in the supporting brief, these Defendants' motion to dismiss should be granted.

Respectfully submitted this 29th day of June, 2020

                              OLIVER MANER LLP

                              /s/ Patrick T. O'Connor
                              PATRICK T. O'CONNOR
                              Georgia Bar No: 548425

                              /s/ Paul H. Threlkeld
P.O. Box 10186                   PAUL H. THRELKELD
Savannah, Georgia 31412     Georgia Bar No:  710731
912-236-3311
pto@olivermaner.com       *Counsel for Brian Bell, Branden Bell, and*
pht@olivermaner.com       *Richard Bell*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing, by email/electronic notification to the following:

| | |
|---|---|
| James L. Elliot<br>Elliot, Blackburn & Gooding, PC<br>3016 N Patterson St.<br>Valdosta, GA 31602 | Chevene B. King, Jr.<br>The C.B. King Law Firm<br>P.O. Box 3468<br>Albany, GA 31706 |
| Wayne S. Melnick<br>Freeman Mathis & Gray, LLP<br>100 Galleria Pkwy Ste 1600<br>Atlanta, GA 30339-5948 | A. Ali Sabzevari<br>Freeman Mathis & Gray, LLP<br>661 Forest Pkwy<br>Forest Park, GA 30297 |
| Loyce Warren Turner, Jr.<br>L. Warren Turner, Jr. P.C.<br>P.O. Box 157<br>Valdosta, GA 31603 | |

This 29th day of June, 2020

OLIVER MANER LLP

P.O. Box 10186
Savannah, Georgia   31412
912-236-3311
pto@olivermaner.com
pht@olivermaner.com

/s/ Paul H. Threlkeld
PATRICK T. O'CONNOR
Georgia Bar No: 548425
PAUL H. THRELKELD
Georgia Bar No: 710731

*Counsel for Brian Bell, Branden Bell, and Richard Bell*