IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, as Co-Administrators for and on behalf of the Estate of KENDRICK LAMAR JOHNSON, a minor, <br><br> Plaintiffs, <br> v. <br><br> BRIAN BELL, et al. <br><br> Defendants. | \* <br><br> \* <br> Case No.  7:20-CV-4(HL) <br> \* <br><br> \* <br><br> \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 1, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 1st day of July, 2020.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk